IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21cv61027

ANDREW GREENBERG,

    Plaintiff,

vs.

CONNEXION POINT, LLC,
a Foreign Limited Liability Company,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, ANDREW GREENBERG, sues Defendant, CONNEXION POINT, LLC, and shows:

### Introduction

1. This is an action by ANDREW GREENBERG against his former employer for unpaid minimum wages and unpaid commissions pursuant to the Fair Labor Standards Act and Florida Statutes Chapter 448. Plaintiff seeks damages and a reasonable attorney's fee.

### Jurisdiction

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206 and Florida Statutes § 448.08. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

3. The claim arose within the Southern District of Florida, which is where venue is proper.

1

**Parties and General Allegations**

4. Plaintiff, ANDREW GREENBERG (hereinafter "GREENBERG"), a resident of Broward County, was, at all times material, employed by CONNEXION POINT, LLC as an insurance agent, was an employee as defined by 29 U.S.C. § 203(e), and, during his employment with CONNEXION POINT, LLC, was engaged in interstate commerce or in the production of goods for commerce.

5. Defendant, CONNEXION POINT, LLC (hereinafter, "CONNEXION"), is a foreign limited liability company doing business in Broward County, Florida, and is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), which has employees subject to the provisions of the FLSA, 29 U.S.C. §§ 206, in the offices where GREENBERG was employed.

6. In June of 2018, Plaintiff began his employment with Defendant CONNEXION.

7. Plaintiff's agreement for wages with Defendant included an hourly base wage plus payment of commissions for sales made during his employment.

8. On or about February 12, 2019, Plaintiff was terminatd from his employment with CONNEXION.

9. Plaintiff was never paid his base wages for the final pay period of his employment.

10. Additionally, Defendant, throughout Plaintiff's employment, failed to fully pay him for all commissions that were earned and owed.

11. Plaintiff performed all necessary duties that would qualify him to receive his earned commissions but has not been paid the same, in breach of the parties' agreement.

**Count I – Violation of FLSA by CONNEXION – Minimum Wage**

12. Plaintiff, GREENBERG, realleges, as if fully set forth in Count I, the allegations of Paragraphs 1 through 11 above.

13. GREENBERG worked for CONNEXION from June of 2018 through February 12, 2019.

14. GREENBERG was never paid any wages for his final pay period of work prior to his termination on February 12, 2019.

15. CONNEXION's failure to pay GREENBERG for the final week of his employment violates 29 U.S.C. § 206(a)(1) by not paying him at least a minimum wage.

16. CONNEXION's failure to pay GREENBERG for his final week of employment was willful.

17. GREENBERG is entitled pursuant to the FLSA to recover from Defendant:

a. The applicable minimum wage in effect at the times he worked without receiving compensation;

b. As liquidated damages, an amount equal to the unpaid minimum wage he is owed;

c. The costs of this action, and;

d. A reasonable attorney's fee.

WHEREFORE, Plaintiff prays that this Honorable Court:

a. Enter judgment for GREENBERG and against CONNEXION on the basis of its willful violations of the FLSA;

b. Award GREENBERG actual and compensatory damages in the amount shown to be due for unpaid minimum wages;

c. Award GREENBERG an equal amount in liquidated damages;

    d.    Award GREENBERG reasonable attorneys' fees and costs of suit; and

    e.    Other such relief as this Court deems just.

### Count II – Breach of Contract against CONNEXION (Unpaid Commissions)

18.    Plaintiff, ANDREW GREENBERG, realleges the allegations in paragraphs 1 through 11, as if fully set forth in Count II of Plaintiff's Complaint.

19.    Defendant CONNEXION's failure to pay Plaintiff the agreed upon commissions amounts to a breach of contract.

20.    As a result of Defendant's breach, Plaintiff has incurred general damages and is entitled to recover the unpaid commissions, as well as prejudgment interest to partially compensate him for the loss of use of the funds that were due.

WHEREFORE, Plaintiff requests judgment against Defendant CONNEXION for his unpaid commissions and other damages, together with costs of suit and reasonable attorney fees, and such other and further relief as the Court may deem proper.

### Jury Demand

Plaintiff demands trial by jury on all issues so triable.

Dated: May 15, 2021
Plantation, Florida

Respectfully submitted,

James A. Peterson, Esq.
Of Counsel
ROBERT S. NORELL, P.A.
300 N.W. 70th Avenue
Suite 305
Plantation, FL 33317
Phone: (954) 617-6017
Facsimile: (954) 617-6018
E-Mail: James@FloridaWageLaw.com
*Counsel for ANDREW GREENBERG*

By:   /s/ *James A. Peterson*
      James A. Peterson, Esq.
      Bar No.: 645621

5